IN THE UNITED STATES BANKRUPTCY COURT

District of Nebraska

FILED
15 NOV 30 PM 3: 04
UNITED S...  ...CY CLERK
FOR THE DISTRICT OF NEBRASKA
OMAHA

| | | |
|---|---|---|
| In the Matter of | ) | |
| Patrick and Pamela Jones | ) | Case No. 15-81205 |
| Debtor(s) | ) | Chapter 13 |

## MOTION TO ALLOW LATE FILING OF CLAIM

COME NOW the above debtors and hereby move the Court to enter an Order allowing Late Filing Of Claim by Matt Hawkins

I Matt Hawkins, called into claim office sometime midsummer and was told that I could come in anytime to file the claim. I have a business in South Dakotsa which requires my presence and delayed me coming in to file immediately. When I called in to the claim office, I was imformed that there was a deadline I had missed.

I am therefore requesting a motion to allow late claim.

_____ 11-30-15
Matt Hawkins
23282 Schram Rd
Gretna, NE  68028
402-708-4000

IN THE UNITED STATES BANKRUPTCY COURT

District of Nebraska

| | | |
|---|---|---|
| In the Matter of | ) | |
| Patrick and Pamela Jones | ) | Case No. 15-81205 |
| Debtor(s) | ) | Chapter 13 |

## NOTICE SETTING RESISTANCE DEADLINE

PURSUANT TO Neb. R. Bankr. P. 9013, You are notified as follows:

1. Matt Hawkins has filed a motion to allow late claim
2. the last day to file a resistance to the motion is December 21, 2015.
3. If the resistance period expires without the filing of any resistance, and declaration, the Court will consider entering an order granting the relief sought without further notice or hearing.

_____  11-30-15
Matt Hawkins
23282 Schram Rd
Gretna, NE  68028
402-708-4000

## CERTIFICATE OF SERVICE

The undersigned hereby cetifies that a copy of the above and foregoing document was served upon the Chapter 13 Trustee, US Trustee via ECF, and to the parties in the attached Exhibit 'A' via US Mail, postage prepaid, on November 30, 2015

_____  11-30-15

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0867-8<br>Case 15-81205-TLS<br>District of Nebraska<br>Omaha Office<br>Mon Nov 30 13:14:58 CST 2015 | US Bankruptcy Court<br>111 South 18th Plaza<br>Suite 1125<br>Omaha, NE 68102-1321 | Aargon Collection Agency<br>3025 West Sahara Ave<br>Las Vegas, NV 89102-6094 |
| Action Recovery Online<br>3912 Option Pass<br>Fort Wayne, IN 46818-1274 | Ashley E. Dieckman<br>10250 Regency Circle, Suite 300<br>Omaha, NE 68114-3728 | Caine & Weiner<br>21210 Erwin Street<br>Woodland Hills, CA 91367-3714 |
| Credit Management LP<br>4200 International Pkwy.<br>Carrollton, TX 75007-1912 | Credit Management Systems<br>7017 John Deere Pkwy.<br>Moline, IL 61265-8072 | Credit One Bank<br>Po Box 98873<br>Las Vegas, NV 89193-8873 |
| Cybrcollect Inc.<br>3 Easton Oval Ste. 210<br>Columbus, OH 43219-6011 | Douglas County Attorney<br>1819 Farnam St.<br>Omaha, NE 68183-1000 | Douglas County Treasurer<br>909 Civic Center<br>1819 Farnam St.<br>Omaha, NE 68183-1000 |
| Farmers Insurance c/o<br>Thomas Walsh Jr.<br>7701 Pacific St., #103<br>Omaha, NE 68114-5480 | First Premier Bank<br>3820 N. Louise Ave.<br>Sioux Falls, SD 57107-0145 | First Premier Bank<br>601 S. Minnesota Ave.<br>Sioux Falls, SD 57104-4868 |
| GM Financial<br>Po Box 181145<br>Arlington, TX 76096-1145 | General Service Bureau<br>Attn: Bankruptcy<br>Po Box 641579<br>Omaha, NE 68164-7579 | Ginnys/Swiss Colony Inc.<br>Attn: Bankruptcy<br>1112 7th Ave.<br>Monroe, WI 53566-1364 |
| H & R Accounts Inc<br>7017 John Deere Pkwy<br>Moline, IL 61265-8072 | H & R Accounts Inc.<br>Attention: Bankruptcy<br>Po Box 672<br>Moline, IL 61266-0672 | H & R Block<br>One H & R Way<br>Kansas City, MO 64105 |
| H&R Block Bank<br>c/o Creditors Bankruptcy Service<br>P.O. Box 800849<br>Dallas, TX 75380-0849 | Hawkins Development Group, LLC<br>c/o Michelle L Bremer<br>P.O. Box 520<br>Gretna, NE 68028-0520 | Internal Revenue Service<br>Centralized Insolvency Operation<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 |
| LVNV Funding, LLC its successors and assigns<br>assignee of Arrow Financial Services,<br>LLC<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 | Matt Hawkins<br>21610 Williams Circle, Suite 14<br>Gretna, NE 68028-6429 | Merchants Credit Adjusters<br>Twenty Five D Building<br>4005 S. 148th Street<br>Omaha, NE 68137-5561 |
| Michael McClellan<br>503 South 36th Street<br>Omaha, NE 68105-1201 | (p)MID CONTINENT CREDIT SERVICES<br>3161 N ROCK RD<br>STE B<br>WICHITA KS 67226-1453 | Mortgage Service Center<br>2001 Bishops Gate Blvd.<br>Mount Laurel, NJ 08054-4604 |

National Account Systems
Po Box 45767
Omaha, NE 68145-0767

Nebraska Dept. of Motor Vehicles
Financial Responsibility Division
P.O. Box 94877
Lincoln, NE 68509-4877

Omaha Public Power District
PO Box 3995
Omaha NE  68103-0995

Procollect, Inc.
12170 Abrams Rd. Ste. 100
Dallas, TX 75243-4579

Resident Data Collectiion
Po Box 515489
Dallas, TX 75251-5489

The Collection Analyst Inc.
c/o Judith D. Retelsdorf
P.O. Box 540242
Omaha, NE 68154-0242

Transworld Systems Inc.
507 Prudential Rd.
Horsham, PA 19044-2308

U.S. Attorney
1620 Dodge St., #1400
Omaha, NE 68102-1506

U.S. Attorney General
U.S. Dept. of Justice
950 Pennsylvania Avenue N.W., Rm 5137
Washington, DC 20530-0009

West Asset Management
2703 N. Highway 75
Sherman, TX 75090-2567

Kathleen Laughlin
Chapter 13 Trustee's Office
13930 Gold Circle
Suite 201
Omaha, NE 68144-2304

Pamela Sue Jones
13930 P Street
Omaha, NE 68137-1534

Patricia Fahey
U.S. Trustee's Office
111 So 18th Plz
Suite 1148
Omaha, NE 68102-1321

Patrick Wayne Jones
13930 P Street
Omaha, NE 68137-1534

Ronald A. Hunter
Ronald Hunter, Attorney at Law
11605 Arbor Street
Suite 104
Omaha, NE 68144-2982


The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Mid Continent Credit S.
3161 N Rock Rd. Ste. B
Wichita, KS 67226

End of Label Matrix
Mailable recipients    44
Bypassed recipients     0
Total                  44